**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO 9:20-CV-80109-RLR

RYAN CARABOOLAD,
individually and on behalf of all others
similarly situated,                                    **CLASS ACTION**

*Plaintiff*,                                           **JURY TRIAL DEMANDED**

v.

SUN TAN CITY, LLC,

*Defendant.*

_____/

**JOINT STIPULATION OF DISMISSAL**

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Ryan Caraboolad, individually, are hereby dismissed with prejudice, with each party to bear his or its own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

[Signature block on following page]

Dated: October 12, 2020

**KAUFMAN P.A.**
Rachel E. Kaufman, Esq.
400 NW 26th Street
Miami, FL 33127
(305) 469-5881
kaufman@kaufmanpa.com
rachel@kaufmanpa.com

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman, Esq.
FL Bar No. 84382

**Ashlock Law Group, PLLC**
Larry D. Ashlock
236 W. Dixie Avenue
Elizabethtown, KY 42701
(270)360-0470
ashlocklawgroup@gmail.com

**Law Offices of Stefan Coleman, P.A.**
Stefan L. Coleman
201 S. Biscaynve Blvd., 28th Floor
Miami, FL 33131
(877)333-9427
law@stefancoleman.com

**Shamis & Gentile P.A.**
Andrew Shamis
14 N.E. 1st Ave
Ste. 1205
Miami, FL 33132
305-479-2299
Fax: 786-623-0915
Email: ashamis@sflinjuryattorneys.com

*Counsel for Plaintiff Ryan Caraboolad*

Respectfully submitted,

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC**
Two South Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, FL 33131
Telephone: (305) 614-1404
Email: iross@sfslaw.com

By: /s/ *Ian M. Ross*
Ian M. Ross, Esq.
Florida Bar No. 91214

*Counsel for Sun Tan City, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Ian Ross
Ian Ross, Esq.

## SERVICE LIST

**Avi R. Kaufman, Esq.**
**Rachel E. Kaufman, Esq.**
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
(305) 469-5881
kaufman@kaufmanpa.com
rachel@kaufmanpa.com

**Larry D. Ashlock**
Ashlock Law Group, PLLC
236 W. Dixie Avenue
Elizabethtown, KY 42701
(270)360-0470
ashlocklawgroup@gmail.com

**Stefan L. Coleman**
Law Offices of Stefan Coleman, P.A.
201 S. Biscaynve Blvd., 28th Floor
Miami, FL 33131
(877)333-9427
law@stefancoleman.com

*Counsel for Plaintiff Ryan Caraboolad*