UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  9:20-CV-80109-ROSENBERG/REINHART

RYAN CARABOOLAD, *individually and
on behalf of all others similarly situated*,

    Plaintiff,

v.

SUN TAN CITY, LLC, *a
Kentucky company*,

    Defendant.
_____/

## ORDER CLOSING CASE

This cause comes before the Court on the parties' Joint Stipulation of Dismissal.  DE 47. In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED** that:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 14th day of October, 2020.

                                              ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record